| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Pratt, Tanya M. | 2. Court or Organization United States District Court, Southern District of Indiana | 3. Date of Report 01/25/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  Date | 6. Reporting Period 01/01/2017 to 12/31/2017 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

Birch Bayh Federal Courthouse
46 E. Ohio Street
Suite 330
Indianapolis, IN 46204

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | Cathedral High School |
| 2. | Advisory Board | UNCF |
| 3. | Master | American Inn of Court |
| 4. | Co-Trustee | Family Trust (No reportable assets) |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2009 | Indiana Judges Pension Fund |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratt, Tanya M. | 01/25/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JP Morgan Chase | Mortgage on rental property, Indianapolis, IN (Part VII, line 2) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratt, Tanya M. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. series EE savings bonds | A | Interest | J | T | | | | | |
| 2. series I savings bonds | A | Interest | J | T | | | | | |
| 3. Chase Bank | A | Interest | J | T | | | | | |
| 4. PNC (savings) | A | Interest | J | T | | | | | |
| 5. APPL (Apple) stock | A | Dividend | J | T | | | | | |
| 6. ARBA (Ariba Inc.) stock | A | Dividend | J | T | | | | | |
| 7. CBMC (Calypte biomed) stock | A | Int./Div. | J | T | | | | | |
| 8. CHK (Chesapeake Energy) stock | A | Int./Div. | J | T | | | | | |
| 9. ERIC (Erricsson) stock | A | Dividend | J | T | | | | | |
| 10. MSTR (Microstrategy Inc.) | A | Dividend | J | T | | | | | |
| 11. WBMD (Web MD) | A | Interest | J | T | | | | | |
| 12. Allianz IRA FIxed Annuity | B | Interest | M | T | | | | | |
| 13. Indiana 529 Plan: Core Bond Index Profile | A | Interest | J | T | | | | | |
| 14. Vanguard Institutional Index Fund | A | Interest | J | T | | | | | |
| 15. Artio International Equity II Fund | A | Interest | J | T | | | | | |
| 16. Indiana 529 Plan: Large Cap Index Portfolio Class A | A | Interest | J | T | | | | | |
| 17. Indiana 529 Plan: International Index Portfolio Class | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratt, Tanya M. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of America | A | Interest | J | T | | | | | |
| 19. Citigroup | A | Dividend | J | T | | | | | |
| 20. AGZ-Ishares Barclays ETF | A | Dividend | J | T | | | | | |
| 21. EMB-Ishares JP Morgan ETF | A | Dividend | J | T | | | | | |
| 22. IEF-Ishares 7-10 yr Treasury Bond | A | Dividend | J | T | | | | | |
| 23. IJJ-Ishares S&P Midcap 400 Value | A | Interest | J | T | | | | | |
| 24. IJK-Ishares S&P Midcap 400 Growth | A | Interest | J | T | | | | | |
| 25. PCY-Power Shares EM MAR ETF | A | Dividend | J | T | | | | | |
| 26. PFF-Ishares S*P US | A | Dividend | J | T | | | | | |
| 27. SHY-Isahres 1-3 yr Treasury Bonds | A | Dividend | J | T | | | | | |
| 28. VCIT-Vanguard Intermediate ETF | A | Dividend | J | T | | | | | |
| 29. VCSH-Vanguard Short Term ETF | A | Dividend | J | T | | | | | |
| 30. VEA-Vanguard MSCI EAFE ETF | A | Dividend | J | T | | | | | |
| 31. VNQ-Vanguard REIT ETF | A | Dividend | J | T | | | | | |
| 32. VWO-Vanguard MSCI ETF | A | Dividend | J | T | | | | | |
| 33. ANCMX-Allianz FDS Multi-STRT | A | Dividend | J | T | | | | | |
| 34. BCSIX-Brown CAP MGMT MUT FDS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratt, Tanya M. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35.   FEVIX-First Eagle US Value | A | Dividend | J | T | | | | | |
| 36.   GCIEF-Cabelli Equity Income | A | Interest | J | T | | | | | |
| 37.   GSZIX-Goldman Sachs Trust | A | Int./Div. | K | T | | | | | |
| 38.   ICEIX-IVY FDS | A | Interest | J | T | | | | | |
| 39.   IGLIX-ING Global Real Estate | A | Interest | J | T | | | | | |
| 40.   IVHIX-IVY FDS INC | A | Interest | J | T | | | | | |
| 41.   JIGFX-Janus INVT FD | A | Interest | J | T | | | | | |
| 42.   LDLFX-Lord Abbett Investment | A | Int./Div. | K | T | | | | | |
| 43.   MWTIX-Metropolitan West FDS | A | Interest | J | T | | | | | |
| 44.   NELYX-Loomis Sayles Limited | A | Interest | J | T | | | | | |
| 45.   ODVYX-Oppenhenheimer DEV MKTS | A | Interest | J | T | | | | | |
| 46.   PCRIX-PIMCO FDS PAC INVT | A | Interest | J | T | | | | | |
| 47.   PFIUX-PIMCO Unconstrained BD | A | Interest | K | T | | | | | |
| 48.   PRRIX-PIMCO Real Estate Return Bond | A | Interest | J | T | | | | | |
| 49.   SEVAX-Security Equity FD | A | Interest | J | T | | | | | |
| 50.   TGBAX-Templeton Funds | A | Interest | J | T | | | | | |
| 51.   TWHIX-American Century Funds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratt, Tanya M. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. YACKX-Managers AMG Funds | A | Interest | J | T | | | | | |
| 53. AFRYX-Invesco Floating Rate Fund | A | Interest | J | T | | | | | |
| 54. ANJIX-Allianz FDS INTL Value Fund | A | Interest | J | T | | | | | |
| 55. KLCIX-Federal Equity FDS Kaufman Large Cap | A | Interest | J | T | | | | | |
| 56. HFQIX-Henderson Global Equity Income | A | Interest | J | T | | | | | |
| 57. XLE-Energy Select Sector SPDR | A | Interest | J | T | | | | | |
| 58. XLF-Financial Select Sector SPDR | A | Interest | J | T | | | | | |
| 59. XLI-Industrial Select Sector SPDR | A | Interest | J | T | | | | | |
| 60. XLK-Technology Select Sector SPDR | A | Interest | J | T | | | | | |
| 61. XLP-Consumer Staples Sector SPDR | A | Interest | J | T | | | | | |
| 62. XLB-Materials Sector SPDR | A | Interest | J | T | | | | | |
| 63. XLV-Healthcare Sector SPDR | A | Interest | J | T | | | | | |
| 64. SLY-Consumer Discretionary Sector SPDR | A | Interest | J | T | | | | | |
| 65. IYZ-Ishares US Telecommunications | A | Int./Div. | J | T | | | | | |
| 66. IJT-S&P Small Cap 600 Growth | A | Interest | J | T | | | | | |
| 67. IJS-S&P Small Cap 600 Value | A | Interest | J | T | | | | | |
| 68. TLT-Ishares 20+ yr Treas. Bond | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratt, Tanya M. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TIP-Ishares TIP Bond ET | A | Dividend | J | T | | | | | |
| 70. FESGX-First Eagle S Global | A | Dividend | J | T | | | | | |
| 71. PAUCX-PIMCO All Asset All Authority Fund | A | Dividend | J | T | | | | | |
| 72. Rental Property, Indianapolis IN ($175,000) | B | Rent | M | S | | | | | |
| 73. Family Trust (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Changes from my last report:

Although I am a co-trustee of Family Trust(for disabled family member), I receive no income nor do I have a beneficial interest in the principal or income from the trust. Therefore there are no repoprtable assets in the Trust.The Trust is listed at VII at 73.

The JP Morgan Chase Mortgage was incurred in 2016 for real property and the property became rental property in 2017. Listed at VII at 72

January 25, 2019 Amenddment: As per the letter from the Committee dated December 6, 2018, I have amended Part VII, line 12 to calrify that "Allianz IRA" is a fixed interest rate (3%) cash annuity fund that is not invested in any mutual funds, stocks bonds or other assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Tanya M. Pratt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544